UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIEN SIMPSON-QUIN,
                       Plaintiff,

-v-

19 INDIA FEE OWNER, LLC,
                       Defendant.

23-CV-8117 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Pursuant to 28 U.S.C. § 1406(a), this case is hereby TRANSFERRED to the United States District Court for the Eastern District of New York.

      The Clerk of Court is directed to close the motions at ECF Nos. 7 and 8, to mark this case as closed, and to effectuate the transfer forthwith.

      SO ORDERED.

Dated: October 6, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge